UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHERYL SAVAGE,<br><br>    Defendant. | No. CR No. CR 11-0728-LHK (HRL)<br><br>[~~PROPOSED~~] **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The defendant came before the Court for a status conference on February 22, 2012. At that hearing, the matter was set for a trial on October 5, 2012.

The parties agreed, and the Court finds, that the time between February 22, 2012 and October 5, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv). The parties represented, and this Court found, that the this delay is necessary due to complexity and to allow counsel for the Defendant to effectively review discovery documents and for effective preparation for trial. The parties agreed that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the Court HEREBY ORDERS the period between February 22, 2012 and October 5, 2102, is properly excluded under the Speedy Trial Act, Title 18, United

1  States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv).

2      The Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, considering the complexity of the case, including the review of discovery, and for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED

DATED: 3/1/12

LUCY H. KOH
United States District Judge

*Court's excludable time finding was also based on continuity of counsel for the government and the defendant. The Court's reasons for finding excludable time are set forth in the hearing transcript.*

US v. Savage,
No. CR 11-0728-LHK (HRL)
[Proposed} Order To Exclude Time      2